UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHRISTOPHER JIMENEZ, | No. C 09-5398 SI (pr) |
|     Plaintiff, | **ORDER OF TRANSFER** |
|     v. | |
| R. HOREL, warden, | |
|     Defendant. | |

Robert Christopher Jimenez filed this civil rights action under 42 U.S.C. § 1983. The court ordered him to file an amended complaint because the complaint's allegations were too unclear for the court to understand the claims he was trying to assert and against whom he was trying to assert those claims. Jimenez then filed an amended complaint, in which he complained of events or omissions that occurred at the California State Prison - Solano in Vacaville. That facility is in Solano County, which is within the venue of the Eastern District of California. The defendants are employees at the prison and at the CDCR's headquarters in Sacramento, and apparently reside in the Eastern District of California. Venue therefore would be proper in the Eastern District and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the U. S. District Court for the Eastern District of California. The clerk shall transfer this matter. This court has not ruled on the motions to appoint counsel and enter exhibits. (Dockets # 10 and # 11.)

IT IS SO ORDERED.

Dated: November 1, 2010

                                              SUSAN ILLSTON
                                      United States District Judge