IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISTOPHER JIMINEZ,

      Plaintiff,                      No. 2:10-cv-2943 KJN P

    vs.

J. WHITFIELD, et al.,

      Defendants.          <u>ORDER</u>

_____/

        On March 7, 2011, plaintiff filed a request to enter default. Although on January 12, 2011, the court ordered the U.S. Marshal to serve defendants, executed summonses have not yet been filed by the U.S. Marshal. Thus, the court cannot determine that defendants have been served. Accordingly, IT IS HEREBY ORDERED that plaintiff's request for entry of default (dkt. no. 23) is denied.

DATED: March 22, 2011

                                           /s/ Kendall J. Newman
                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

jimi2943.77c

1