IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISTOPHER JIMENEZ,

       Plaintiff,                No. 2:10-cv-2943 KJN P

   vs.

J. WHITFIELD, et al.,

       Defendants.       <u>ORDER</u>

_____/

       Defendants have requested an extension of time to file a responsive pleading. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendants' April 22, 2011 motion for an extension of time (dkt. no. 28) is granted; and

       2. Defendants are granted to and including June 9, 2011, in which to file and serve their responsive pleading.

DATED: April 25, 2011

                              _____
                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

jime2943.eot