IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISTOPHER JIMENEZ,

        Plaintiff,                No. 2:10-cv-2943 KJN P

    vs.

J. WHITFIELD, et al.,

        Defendants.         ORDER

_____/

        On August 18, 2011, defendants filed a motion for an order to conduct plaintiff's deposition via video conference. Good cause appearing, defendants' request to conduct the deposition of plaintiff via video conference is granted. Fed. R. Civ. P. 30(b)(4).

        IT IS HEREBY ORDERED that defendants' August 18, 2011 motion (dkt. no. 35) is granted. Defendants are permitted to take plaintiff's deposition via video conference.

DATED: August 26, 2011

                                        _/s/ Kendall J. Newman_____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

jime2943.vid