1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT CHRISTOPHER JIMENEZ,

11            Plaintiff,                        No. 2:10-cv-2943 KJN P

12       vs.

13   J. WHITFIELD, et al.,

14            Defendants.                       <u>ORDER</u>

15   _____/

16            Plaintiff is proceeding without counsel.  On August 25, 2011, defendants filed a

17   motion for judgment on the pleadings.  In the amended complaint, plaintiff refers to various

18   exhibits which were not appended to the amended complaint[1] or to his original complaint.

19   Plaintiff separately filed exhibits on February 23, 2010, and September 28, 2010, but the exhibits

20   provided are not marked with specific exhibit letters to coincide with their reference in the

21   amended complaint, and plaintiff did not provide all of the exhibits referred to in the amended

22   complaint.[2]  As one example, plaintiff states that "on Oct. 17, 2006 plaintiff in exhibit (C1 - C2)

23

24            [1]  Plaintiff refers to exhibits A, A1, B, C1, C2, D1, D2, D4, G1, G2, H, I J, K1 and K2.
     (Dkt. No. 9 at 1.)

25

26            [2]  Most of the exhibits provided separately by plaintiff are copies of administrative
     appeals and plaintiff's efforts to administratively exhaust the instant claims.  (Dkt. Nos. 6 & 11.)

                                                  1

1   places plaintiff at 1033 or so at a hearing and was not at his cell." (Dkt. No. 9 at 2, Claim One.)

2   The exhibits provided by plaintiff do not contain a rules violation report dated October 17, 2006,

3   or other document indicating plaintiff was at a hearing on October 17, 2006, or any exhibits

4   marked C1 or C2.  Plaintiff will be provided an opportunity to submit all the exhibits he

5   referenced in the amended complaint, clearly marked with the appropriate exhibit letter plaintiff

6   used in the amended complaint.  Plaintiff is cautioned that failure to provide the exhibits

7   referenced will preclude their use in resolving the pending motion.

8           Accordingly, IT IS HEREBY ORDERED that:

9           1.  Within fourteen days from the date of this order, plaintiff shall file a set of

10  exhibits marked with the respective exhibit letter to coincide with plaintiff's reference in

11  plaintiff's amended complaint.

12          2.  The Clerk of the Court is directed to send plaintiff a copy of his amended

13  complaint.  (Dkt. No. 9.)

14  DATED:  November 7, 2011

15

16  _____

17  KENDALL J. NEWMAN
    UNITED STATES MAGISTRATE JUDGE

18  jime2943.fb

19

20

21

22

23

24

25

26

                                    2