IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISTOPHER JIMENEZ,

      Plaintiff,                                 No. CIV S-10-2943 KJM KJN P

      vs.

J. WHITFIELD, et al.,

      Defendants.                             <u>ORDER</u>

_____/

         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On January 25, 2012, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.  The findings and recommendations filed January 25, 2012, are adopted in full;

3     2.  Defendants' August 25, 2011 motion for judgment on the pleadings (ECF No. 37) is denied without prejudice as to plaintiff's claim that defendant Whitfield failed to provide plaintiff an opportunity to air his views; and

3.  Defendants' motion (ECF No. 37) is granted in all other respects.  All the defendants, except defendant Whitfield, are granted judgment on the pleadings.

DATED:  March 20, 2012.

/jime2943.805

UNITED STATES DISTRICT JUDGE