IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. JIMENEZ,

      Plaintiff,               No. 2:10-cv-2943 KJM KJN P

   vs.

J. WHITFIELD,

      Defendant.          <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in this civil rights action for relief pursuant to 42 U.S.C. § 1983.

      On April 13, 2012, defendant Whitfield filed an answer. On April 27, 2012, plaintiff filed a response to the answer. However, Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. <u>No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.</u>

Fed. R. Civ. P. 7(a) (emphasis added). The court has not ordered plaintiff to reply to defendant's answer and declines to make such an order.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's April 27, 2012 response (dkt. no. 57) is disregarded.

DATED: May 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jime2943.77e