IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ROBERT CHRISTOPHER JIMENEZ,**<br><br>Plaintiff,<br><br>v.<br><br>**J. WHITFIELD,**<br><br>Defendant. | 2:10-cv-2943 KJN P<br><br>**ORDER MODIFYING THE SCHEDULE** |

On June 18, 2012, defendant moved to vacate the deadline to take plaintiff's deposition and reset it, if necessary, following resolution of defendant's pending motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's June 18, 2012 motion (Dkt. No. 61) is granted; and

2. The deadline for taking plaintiff's deposition is vacated and may be reset, if necessary, after resolution of defendant's motion for summary judgment.

**Date: 6/25/2012**

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jime2943.dep

1