IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISTOPHER JIMENEZ,

    Plaintiff,                   No. 2:10-cv-2943 KJN P

    vs.

J. WHITFIELD,

    Defendant.               <u>ORDER</u>

                              /

        On June 22, 2012, plaintiff filed a motion to compel defendant Whitfield to answer interrogatories and to produce documents. Defendant filed an opposition; plaintiff did not file a reply.

        Plaintiff's motion to compel was signed on June 16, 2012. (Dkt. No. 64 at 4.) Plaintiff did not provide a separate copy of the discovery requests that included the date propounded or the certificate of service attesting to the date the discovery requests were served. Rather, plaintiff re-copied the discovery requests within his motion to compel. However, plaintiff provided a copy of the receipt for photocopies for the first set of interrogatories and request for production of documents which is dated May 3, 2012. (Dkt. No. 64 at 5-6.)

        Defendant contends that plaintiff's motion is premature because he propounded the discovery requests on May 3, 2012, and that pursuant to the court's April 26, 2012 order,

1

1  defendant's responses were not due until June 18, 2012.  Defendant provided copies of plaintiff's
2  discovery requests which are dated May 4, 2012, but served on May 3, 2012.  (Dkt. No. 68-2.)
3  Defendant also provided a copy of his discovery responses served on June 18, 2012.  (Dkt. No.
4  68-3.)
5          Pursuant to this court's April 26, 2012 order, the parties are granted forty-five
6  days in which to respond to discovery requests.  Thus, plaintiff's motion to compel was
7  prematurely-filed and is denied.
8          Accordingly, IT IS HEREBY ORDERED that plaintiff's June 22, 2012 motion to
9  compel discovery (dkt. no. 64) is denied without prejudice.
10 DATED:  July 23, 2012

                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

jime2943.mtc2