UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT C. JIMENEZ, | No. 2:10-cv-2943 KJM KJN P |
|---|---|
| Plaintiff, | |
| v. | ORDER APPOINTING COUNSEL |
| J. WHITFIELD, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis. The court finds the appointment of counsel for plaintiff is warranted. Matthew N. Becker has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Matthew N. Becker is appointed as counsel in the above entitled matter.
2. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order upon Matthew N. Becker, Becker Law Practice, 333 University Ave., Suite 200, Sacramento, CA 95825.

DATED: March 7, 2018.

UNITED STATES DISTRICT JUDGE

1