UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT C. JIMENEZ,

        Plaintiff,             No. 2:10-cv-2943 KJM KJN P

vs.

J. WHITFIELD,

        Defendants.       ***AMENDED* ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Robert C. Jimenez, inmate H-64687, a necessary and material witness in proceedings in this case on May 24, 2018, is confined in California State Prison, Solano, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kimberly J. Mueller, to appear by video-conferencing at California State Prison, Solano, on May 24, 2018, at 2:30 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. The order and writ issued on February 22, 2018, is vacated;

    2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

    4. The Clerk of the Court is directed to serve a copy by fax on the Litigation Coordinator at California State Prison, Solano, 707-454-3429.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden of California State Prison, Solano, P.O. Box 4000, Vacaville, California 95696-4000:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: March 7, 2018

                                                                           KENDALL J. NEWMAN
                                                                           UNITED STATES MAGISTRATE JUDGE

jime2943.841vc